Rev. 4/18

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.   Attach additional pages if necessary.*    11th Circuit Docket Number: 25-14016

| Caption: | |
|---|---|
| John Doe v. U.S. Securities and Exchange Commission | District and Division: _____<br>Name of Judge: _____<br>Nature of Suit: Agency Petition for Review<br>Date Complaint Filed: _____<br>District Court Docket Number: _____<br>Date Notice of Appeal Filed: October 20, 2025 (transferred November 17, 2025)<br>☐ Cross Appeal   ☐ Class Action<br>Has this matter previously been before this court?<br>☐ Yes  ☑ No<br>If Yes, provide<br>(a) Caption: _____<br>(b) Citation: _____<br>(c) Docket Number: _____ |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | For Petitioner John Doe:<br>J. Michael Connolly<br>Steven C. Begakis | Consovoy McCarthy PLLC<br>1600 Wilson Boulevard<br>Suite 700 | Phone: 703-243-9423<br>mike@consovoymccarthy.com<br>steven@consovoymccarthy.com |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | For Respondent U.S. Securities & Exchange Commission:<br>Stephen G. Yoder<br>Theodore Weiman | U.S. Securities and Exchange Commission<br>100 F Street NE<br>Washington, D.C. | 202-551-4532<br>yoders@sec.gov<br><br>202-551-5167<br>weimant@sec.gov |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question<br>☐ Diversity<br>☐ US Plaintiff<br>☑ US Defendant | ☐ Final Judgment, 28 USC 1291<br>☐ Interlocutory Order, 28 USC 1292(a)(1)<br>☐ Interlocutory Order Certified, 28 USC 1292(b)<br>☐ Interlocutory Order, Qualified Immunity<br>☑ Final Agency Action (Review)<br>☐ 54(b) | ☐ Dismissal/Jurisdiction<br>☐ Default Judgment<br>☐ Summary Judgment<br>☐ Judgment/Bench Trial<br>☐ Judgment/Jury Verdict<br>☐ Judgment/Directed Verdict/NOV<br>☐ Injunction<br>☑ Other Agency Final Order | Amount Sought by Plaintiff:<br>$_____<br>Amount Sought by Defendant:<br>$_____<br>Awarded:<br>$_____<br>to _____<br>Injunctions:<br>☐ TRO<br>☐ Preliminary    ☐ Granted<br>☐ Permanent      ☐ Denied |

USCA11 Case: 25-14016     Document: 7     Date Filed: 11/24/2025     Page: 1 of 2

Page 2                                                                                           11th Circuit Docket Number: 25-14016

Based on your present knowledge:

(1) Does this appeal involve a question of First Impression?  ☑ Yes   ☐ No
    What is the issue you claim is one of First Impression? Whether the Order is, inter alia, arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

(2) Will the determination of this appeal turn on the interpretation or application of a particular case or statute?  ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name/Statute  15 U.S.C. §78u-6; 15 U.S.C. §78mm
    (b) Citation
    (c) Docket Number if unreported

(3) Is there any case now pending or about to be brought before this court or any other court or administrative agency that
    (a) Arises from substantially the same case or controversy as this appeal?  ☑ Yes   ☐ No
    (b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?  ☑ Yes   ☐ No

    If Yes, provide
    (a) Case Name  John Doe v. U.S. Securities and Exchange Commission
    (b) Citation
    (c) Docket Number if unreported  No. 25-13647
    (d) Court or Agency  11th Circuit

(4) Will this appeal involve a conflict of law
    (a) Within the Eleventh Circuit?   ☐ Yes   ☑ No
    (b) Among circuits?   ☐ Yes   ☑ No

    If Yes, explain briefly:

(5) Issues proposed to be raised on appeal, including jurisdictional challenges:

    Whether the Order must be held unlawful and set aside because it is, among other reasons, arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS  24th  DAY OF  November , 2025 .

J. Michael Connolly                                                     /s/ J. Michael Connolly
NAME OF COUNSEL (Print)                                                 SIGNATURE OF COUNSEL